## Kraft *v.* Carpenter, Appellant.

Argued December 3, 1941. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*George F. Blewett,* with him *Robert P. F. Maxwell,* for appellant.

*Harold D. Saylor,* of *Strong, Saylor & Ferguson,* for appellee, was not heard.

PER CURIAM, January 5, 1942:

This is an action to recover damages alleged to have been caused to plaintiff by being bitten by defendant's dog. The verdict was for defendant. The trial judge granted a new trial, stating as his reason that he had improperly instructed the jury on the law as laid down in *Fink v. Miller,* 330 Pa. 193, 198 A. 666, and had put too heavy a burden upon plaintiff. We think the judge was correct in this conclusion. Under these circumstances, we will not interfere with the grant of a new trial.

Order affirmed.